# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARK WATSON and KAREN WATSON**                    **PLAINTIFFS**

**V.**                                                      **CIVIL ACTION NO.1:08CV669 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,
FLETCHER SONGE AGENCY, FLETCHER SONGE, and
WARREN GOFF, INDIVIDUALLY**                          **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [39] to remand is **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Jackson County Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the Court from which it was removed.

That the plaintiffs' motion [41] for sanctions for wrongful removal is **DENIED**.

**SO ORDERED** this 3rd day of August, 2009.

                                                                       s/ L. T. Senter, Jr.
                                                                       L. T. SENTER, JR.
                                                                       SENIOR JUDGE